UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**GEORGE L. RUSSELL, III**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

November 4, 2013

MEMORANDUM TO COUNSEL RE:     Burgess Martin v. Black & Decker (U.S.) Inc., et al.
                                                                Civil Action No. GLR-13-2844

Dear Counsel:

  Today the Court convened a teleconference to discuss the schedule in this case. This memorandum memorializes the agreements reached during the call.

  The Court adopts the parties' changes to the preliminary scheduling order. (See ECF No. 11, at 2). The parties are directed to contact chambers should they agree to have this case referred to a U.S. Magistrate Judge for a settlement conference.

  Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is DIRECTED to docket it accordingly.

                Very truly yours,

                /s/
                _____
                George L. Russell, III
                United States District Judge